IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO,
PRIDEMARK PARAMEDIC SERVICES,
ST. ANTHONY'S NORTH HOSPITAL,
DON WICK, Chief of the Arvada Police Department, in his official capacity,
CHARLES J. HUMPHREY, in his individual and official capacity,
JOSEPH HERTEL, in his individual and official capacity,
JEFFREY ORNDOFF, in his individual and official capacity,
EAMMON DOLAN, Pridemark Paramedic,
BEN STONE, Pridemark Paramedic,
LISA B. PATEL, M.D., St. Anthony's North Medical Provider,
WILLIAM A. SHARP, M.D., St. Anthony's North Medical Provider,
LORRIE E. GRIFFEY, R.N., St. Anthony's North Medical Provider,
P. TIM DIXON, St. Anthony's North Medical Provider, and
TINA M. BITTERMAN, St. Anthony's North Medical Provider,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants Pridemark Paramedic Services, Eammon Dolan, and Ben Stone's Amended Motion for Leave to Amend Answer to Plaintiff's Verified Complaint and Jury Demand** [Docket No. 25; Filed July 7, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts Defendants' Amended Answer [Docket No. 25-3] for filing as of the date of this Minute Order.

Dated:  July 8, 2009