IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF ARVADA OFFICIAL CAPACITY DEFENDANTS ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal of Arvada Official Capacity Defendants in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed as to Defendants Don Wick, Charles J. Humphrey, Joseph Hertel and Jeffrey Orndoff in their official capacities only, each party to pay his own costs and attorneys' fees.

    DATED at Denver, Colorado, on September 21, 2009.

                                           BY THE COURT:

                                           s/ Walker D. Miller
                                           United States Senior District Judge

PDF FINAL