IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO,
PRIDEMARK PARAMEDIC SERVICES,
ST. ANTHONY'S NORTH HOSPITAL,
CHARLES J. HUMPHREY, in his individual capacity,
JOSEPH HERTEL, in his individual capacity,
JEFFREY ORNDOFF, in his individual capacity,
KELLY SHEEHAN, in his individual capacity,
EAMMON DOLAN, Pridemark Paramedic,
BEN STONE, Pridemark Paramedic,
LISA B. PATEL, M.D., St. Anthony's North Medical Provider,
WILLIAM A. SHARP, M.D., St. Anthony's North Medical Provider,
LORRIE E. GRIFFEY, R.N., St. Anthony's North Medical Provider,
P. TIM DIXON, St. Anthony's North Medical Provider, and
TINA M. BITTERMAN, St. Anthony's North Medical Provider,

    Defendants.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's <u>Unopposed</u> Motion to File Amended Complaint** [Docket No. 67; Filed September 21, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts Plaintiff's First Amended Complaint and Jury Demand [Docket No. 67-2] for filing as of the date of this Order.  The caption shall be changed as set forth above.

    IT IS FURTHER **ORDERED** that Defendants (other than Kelly Sheehan) shall answer or otherwise respond to the First Amended Complaint and Jury Demand on or

before **October 6, 2009**.

IT IS FURTHER **ORDERED** that Plaintiff shall serve the Summons, First Amended Complaint and Jury Demand and this Order on Defendant Kelly Sheehan on or before **October 2, 2009**.

IT IS FURTHER **ORDERED** that Defendant Kelly Sheehan shall answer or otherwise respond to the First Amended Complaint and Jury Demand on or before **October 16, 2009** pursuant to Fed. R. Civ. P. 15(a)(3).

Dated:  September 22, 2009

BY THE COURT:

 s/ Kristen L. Mix
United States Magistrate Judge