IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO,
PRIDEMARK PARAMEDIC SERVICES,
ST. ANTHONY'S NORTH HOSPITAL,
CHARLES J. HUMPHREY, in his individual capacity,
JOSEPH HERTEL, in his individual capacity,
JEFFREY ORNDOFF, in his individual capacity,
KELLY SHEEHAN, in his individual capacity,
EAMMON DOLAN, Pridemark Paramedic,
BEN STONE, Pridemark Paramedic,
LISA B. PATEL, M.D., St. Anthony's North Medical Provider,
WILLIAM A. SHARP, M.D., St. Anthony's North Medical Provider,
LORRIE E. GRIFFEY, R.N., St. Anthony's North Medical Provider,
P. TIM DIXON, St. Anthony's North Medical Provider, and
TINA M. BITTERMAN, St. Anthony's North Medical Provider,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Proposed Protective Order** [Docket No. 95; Filed November 4, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as an order of the Court <u>with interlineation</u> as of today's date.

Dated: November 5, 2009