IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO,
PRIDEMARK PARAMEDIC SERVICES,
ST. ANTHONY'S NORTH HOSPITAL,
CHARLES J. HUMPHREY, in his individual capacity,
JOSEPH HERTEL, in his individual capacity,
JEFFREY ORNDOFF, in his individual capacity,
KELLY SHEEHAN, in his individual capacity,
EAMMON DOLAN, Pridemark Paramedic,
BEN STONE, Pridemark Paramedic,
LISA B. PATEL, M.D., St. Anthony's North Medical Provider,
WILLIAM A. SHARP, M.D., St. Anthony's North Medical Provider,
LORRIE E. GRIFFEY, R.N., St. Anthony's North Medical Provider,
P. TIM DIXON, St. Anthony's North Medical Provider, and
TINA M. BITTERMAN, St. Anthony's North Medical Provider,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Modify Scheduling Order With Respect to Expert Deadlines** [Docket No. 116; Filed January 29, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Scheduling Order [Docket No. 42] is amended as follows:

- Plaintiff's Expert Designation Deadline — **March 1, 2010**
- Defendants' Expert Designation Deadline — **March 31, 2010**
- Rebuttal Expert Designation Deadline — **April 30, 2010**
- Discovery Cut-off <u>as to Experts only</u> — **May 31, 2010**

Dated: February 1, 2010