IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

     Plaintiff,

v.

CITY OF ARVADA, COLORADO, et al.

     Defendants.

---

## NOTICE OF DISMISSAL OF JEFFREY ORNDOFF ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii) of Defendant Orndoff only.

Accordingly, the first amended complaint is dismissed with prejudice as to Jeffrey

Orndoff only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 24, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL