IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF SHARP AND PATEL ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint is dismissed with prejudice, against William Sharp, M.D. and Lisa Patel, M.D. only, each party to pay his or her own costs and attorneys' fees.

DATED at Denver, Colorado, on March 4, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL