IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF ST. ANTHONY'S, BITTERMAN, GRIFFEY AND DIXON ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint is dismissed with prejudice against St. Anthony's North Hospital, Tina Bitterman, Lorrie Griffey and P. Tim Dixon only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 4, 2010.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL