IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO,
CHARLES J. HUMPHREY, in his individual capacity,
JOSEPH HERTEL, in his individual capacity,
KELLEY SHEEHAN, in his individual capacity,

    Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Compel Defendant City of Arvada to Provide Discovery Responses Related to Similar Claims** [Docket No. 163; Filed April 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to Plaintiff's failure to comply with the Court's procedure for resolving discovery disputes. As noted in the Scheduling Order, "[n]o opposed discovery motions are to be filed until the parties comply with D.C.COLO.LCivR. 7.1(A). If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court.**" *Order* [#42] at 30-31 (emphasis added). To the extent that the parties cannot resolve the present discovery issue, they shall conference together and contact Chambers at **(303) 335-2770**.

Dated: May 3, 2010