IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01189-WDM-KLM

GERALD SCHLENKER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO, et al.,

    Defendants.

_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    This matter is before me on the Stipulated Notice of Settlement and Motion to Hold Case in Administrative Abeyance (ECF No. 204). It is now ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before September 9, 2010, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on August 10, 2010.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL